**Sylvia REIBMAN, Appellant, v. FEDERAL DEPOSIT INSURANCE CORPORATION, Receiver of First National Bank & Trust Company of Easton, Pa., and Francis B. Kelly, Liquidator, Defendants.**

No. 9090.

Circuit Court of Appeals, Third Circuit.

Argued May 10, 1946.

Decided May 27, 1946.

Nathan L. Reibman, of Easton, Pa. (Francis E. Walter, of Easton, Pa., on the brief), for appellant.

Allen S. Olmsted, 2d, of Philadelphia, Pa. (Charles D. Hogan, of Easton, Pa., James M. Kane, Sol., Federal Deposit Insurance Corporation, of Washington, D. C., and Robert A. Dixon, Federal Deposit Insurance Corporation, of Chicago, Ill., on the brief), for appellees.

Before BIGGS, EDGERTON, and O'-CONNELL, Circuit Judges.

PER CURIAM.

The order of the court below, 66 F. Supp. 409, dismissing the appellant's complaint under Rule 12(b) (6) of the Rules of Civil Procedure, 28 U.S.C.A. following section 723c, for failure to state a claim upon which relief can be granted, is affirmed.

**J. H. ROSELL v. WESTERN AIR LINES, Inc., a Corporation.**

No. 3222.

Circuit Court of Appeals, Tenth Circuit.

July 15, 1946.

William H. DeParcq and Robert J. McDonald, both of Minneapolis, Minn., and Rawlings, Wallace & Black, of Salt Lake City, Utah, for appellant.

Forrest A. Betts, of Los Angeles, Cal., and Arthur E. Moreton, of Salt Lake City, Utah, for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment of the district court reversed and remanded on authority of opinion in Bratt et al. v. Western Air Lines, Inc., 10 Cir., 155 F.2d 850.

**Clark SQUIRE, Collector of Internal Revenue, Appellant, v. John A. HANSEN and Ejnar Hansen, Appellee.**

**SAME v. Otto NIELSEN and H. P. Nielsen, Appellee.**

**SAME v. Jacob NIELSEN, Appellee.**

Nos. 11385–11387.

Circuit Court of Appeals, Ninth Circuit.

July 15, 1946.

Douglas McGregor, Asst. Atty. Gen., and J. Chas. Dennis, U. S. Atty., and Thomas R. Winter, Sp. Asst. to Chief Counsel, Bureau of Internal Revenue, both of Seattle, Wash., for appellant.

Joseph Matsen, of Seattle, Wash., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal in each of above causes be dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in each of above causes issue forthwith.